**PITTMAN v. N.C. DEP'T OF HEALTH & HUMAN SERVS.**

[357 N.C. 241 (2003)]

DONNA PITTMAN, Petitioner v. NORTH CAROLINA DEPARTMENT OF HEALTH
AND HUMAN SERVICES, Respondent

No. 70A03

(Filed 13 June 2003)

**Public Officers and Employees— health care technician—termination for unacceptable personal conduct—insufficient evidence**

A decision of the Court of Appeals upholding the termination of a health care technician at a State facility for unacceptable personal conduct is reversed for the reason stated in the dissenting opinion that the evidence supported the findings and conclusion of the Administrative Law Judge that the technician should be given only a written warning for unsatisfactory performance.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 155 N.C. App. ——, 573 S.E.2d 628 (2002), affirming an order entered 13 July 2001 by Judge Knox V. Jenkins, Jr., in Superior Court, Johnston County. Heard in the Supreme Court 5 May 2003.

*Mast, Schulz, Mast, Mills, Stem & Johnson, P.A., by David F. Mills, for petitioner-appellant.*

*Roy Cooper, Attorney General, by Thomas M. Woodward, Assistant Attorney General, for respondent-appellee.*

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.